# IN THE
## UNITED STATES DISTRICT COURT
## DISTRICT OF
## BOSTON, MASSACHUSETTES

PLAINTIFF:
MICHAEL CRAIG CLARK
801 Volvo Pkwy, Suite 109 # 146
Chesapeake, VA 23322

VS

DEFENDANTS:

)
)
)
)
)

00~11253 MLW

COMPLAINT
MOTION FOR JUDGMENT

Washington Street Sunoco
Service
976 Washington St
Boston, MA 02124-4648
Phone: (617) 296-6700

Franciscan Community
100 Arch St
Boston, MA 02110-1111
Phone: (617) 542-6440

Jesuit Seminary Guild
771 Harrison Ave
Boston, MA 02118-2311
Phone: (617) 267-7530

Our Lady Of Assumption
404 Sumner St
Boston, MA 02128-2218
Phone: (617) 567-9780

Arabic Evangelical Church
165 Friend St
Boston, MA 02114-2025
Phone: (617) 723-9766

Ark Of The Covenant
Spiritual Baptist Church
233 Bowdoin St
Boston, MA 02122-1809
Phone: (617) 265-3638

Bethlehem Baptist Church
205 Norfolk St
Boston, MA 02124-3338
Phone: (617) 282-2797

Concord Baptist Church
190 Warren Ave
Boston, MA 02116-5915
Phone: (617) 266-8062

Grant Ame Church - Lobby
1906 Washington St
Boston, MA 02118-3212
Phone: (617) 427-0117

Greenwood Memorial United
Methodist Church
378 Washington St Apt # A
Boston, MA 02108-5202
Phone: (617) 288-8410

Church Of St John The
Evangelist
35 Bowdoin Sq
Boston, MA 02114-2910
Phone: (617) 227-5242

Church Of The Advent
30 Brimmer St
Boston, MA 02108-1098
Phone: (617) 523-2377

Lutheran Church Of Boston
First
299 Berkeley St
Boston, MA 02116-2001
Phone: (617) 536-8851

Our Saviours Lutheran Church
28 Paris St
Boston, MA 02128-3045
Phone: (617) 569-6236

New Covenant Presbyterian
Church
88 Tremont St
Boston, MA 02108-4101
Phone: (617) 725-3344

Church Of Jesus Christ Body
Ministry
608 Shawmut Ave
Boston, MA 02118-3218
Phone: (617) 442-7980

Immanuel Church Of The
Nazarene
806 Blue Hill Ave
Boston, MA 02124-1606
Phone: (617) 825-1766

Zion Assembly Apostolic
Church
189 Glenway St
Boston, MA 02121-4111
Phone: (617) 288-0839

Massachusetts State
Government
Office Of The Attorney General
One Ashburton Place
Boston, MA 02108-1698
Tel: 617-727-2200

Massachusetts State
Government
Governor's Office
24 Beacon St.
Boston, MA 02108
Tel: (617) 727-7200



# COURT ORIGINAL

## PLAINTIFF'S PLEADINGS

The plaintiff, a citizen of the United States, herewith moves this United States District Court (pro se) and not as an attorney for redress of his grievance, therefore he remains entitled to have his pleadings viewed in a less restrictive manner than pleadings submitted by attorneys. Moreover the court should view the pleadings most favorable to the plaintiff in this action considering all facts, as they are claimed, to be true in the evaluation of these pleadings before trial of the facts and evidence. While any of the case statutes cited may be inadequate to find relief for the plaintiff, it is understood that the court must, in the interest of justice, find for the plaintiff under 'any' United States laws, statutes, rulings or citings in existence within the U. S. federal jurisdiction  that would allow the plaintiff to recover relative to this claim.

The present court retains jurisdiction to the plaintiff's claim relative to named defendants' actions injurious to plaintiff's rights protected Constitutionally and by U.S. statutes from such infringement as herein outlined.  Also defendants' actions to deprive the plaintiff of his property are acted interstate by crossing state borders and remain culpable by U.S. civil and tort laws.  Defendants' actions and conspiracy to act with other defendants relative to this claim have deprived the plaintiff of personal property unconstitutionally and illegally with their illegal taking of plaintiff's property and/or illegally using counterfeited copies of records and wills relative to the plaintiff's property for the direct benefit of individually named defendants to this action at the plaintiff's expense relative to the following:

1) Interstate commerce and trafficking in stolen property.

2) Unauthorized and unlawful use of plaintiff's property.

3) Use of interstate communications systems both electronic and U.S. Mail to facilitate and promote interstate commerce and trafficking of same with fraud and under false pretense to deceive for the purpose of obtaining gain, financial and/or otherwise, to their person, business and/or their personal organization under them by representing, without authority, the stolen property and/or counterfeited records pertaining thereto as public domain making same accessible to the general public in exchange for money to themselves and/or their organizations or businesses under them for financial and personal gain at the direct expense of and injurious to the plaintiff.

4) Use of slander and misrepresentation of the plaintiff to the public, interstate by crossing state borders, for the direct purpose of this fraudulent obtaining and usage of the plaintiff's property.

## FACTS OF CLAIM

1) The real property as its pertains to this claim is oil, gas and petroleum products removed across state lines from the plaintiff's land.

2) The record of that property, as cited in this claim, shows ownership to same and contains a will of testament outlining the inheritance rights of the plaintiff to same.

3) The plaintiff in this claim is the sole named heir of the property.

4) The plaintiff is the sole owner of the property and its record.

5) The plaintiff is the sole administrator / minister of the will and named as such in the record of the property itself.

6) The property and the record thereof was retained under the authority of the plaintiff's ancestors. The will and its record was stolen and removed from the plaintiff's ancestral property as the direct result of the negligence of those entrusted to care for same.

7) Subsequently the named defendants to this claim, inclusive of but not seclusive to, have, without authorization from the plaintiff, used plaintiff's property and/or used counterfeited land records thereto for the purpose of personal and/or financial gain to themselves directly and/or indirectly through organizations and/or businesses under them, and/or established by them with the illegally acquired gains directly and indirectly acquired as the result of their illegal use of plaintiff's property and the records thereto belonging directly to the plaintiff solely named to the inheritance and direct benefits thereof.

8) Slander and misrepresentation of the plaintiff has been used to facilitate their deceptive claims to his legal inheritance by alleging and claiming and conspiring to do same with others with the false belief that the plaintiff is not a man entitled to the will and its inheritance.

## CLAIM SUMMATION

The property in question remains solely the property of the plaintiff and not the general public. Moreover the testament and  will  pertaining to the property and its private inheritance rights to its named heir  belongs to the plaintiff and not to the general public.  The testament and its inheritance are given solely to the plaintiff.  The plaintiff is, by all preponderance of existing evidence, the only named heir entitled by this will to its promises of inheritance relative to the testament and its record.  Any possible benefit to the public from the will  or its fulfillment or its property would come indirectly from and directly through the plaintiff; the named principal heir, and definitely not through the theft and misrepresentations being offered of same to the public by the defendants.

## REMEDY SOUGHT

The named defendants in this claim remain culpable and in violation of the plaintiff's rights.  Therefore the plaintiff moves this court in acquisition of all defendants' total assets both tangible and liquid, jointly and/or separately held, in or under United States jurisdiction, for actual and punitive damages upon the court finding defendants so culpable to plaintiff's claim.

Solemnly affirmed and respectfully submitted this 30th day of May, 2000.

MICHAEL CRAIG CLARK (Plaintiff)

3